FILED
SEP 12 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ /MS _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00298-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **C R I M I N A L** |
| v. ) | **I N F O R M A T I O N** |
| ) | |
| DENSLO ALLEN PAIGE ) | |

The United States Attorney charges that:

On or about November 8, 2016, in the Eastern District of North Carolina, the defendant, DENSLO ALLEN PAIGE, aided and abetted Guadalupe Espinosa-Pena, an alien, knowing Guadalupe Espinosa-Pena was not a United States citizen, to knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Sections 611(a) and 2.

ROBERT J. HIGDON, JR.
United States Attorney

*[signature]*
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney