
FILED IN OPEN COURT
ON 10/16/18 SWT
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 5:18-CR-298-2FL |
| ) | |
| DENSLO ALLEN PAIGE ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: Oct 16 2018

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

James E. Todd, Jr.
*Printed name of defendant's attorney*

_____
*Judge's signature*

Robert B. Jones, Jr., U.S. Magistrate Judge
*Judge's printed name and title*